UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SERGIO BALBUENA,                                          21-cv-07346 (RA)(SLC)

        Plaintiff,                                   ~~[PROPOSED]~~ JUDGMENT

  -against-

BISON DEVELOPMENT GROUP LLC, JEFFREY BERGER, and JAMES PARELLA,

        Defendants.
-----------------------------------------------------------X

    WHEREAS, Defendants, BISON DEVELOPMENT GROUP LLC, JEFFREY BERGER, and JAMES PARELLA, offered to allow judgment to be taken against them in this action with respect to the Fair Labor Standards Act ("FLSA") claims asserted in the Complaint; and,

    WHEREAS, Defendants offered judgment for Plaintiff in the amount of $50,000.00, inclusive of all damages, interest, costs and reasonable attorneys' fees and costs incurred by Plaintiff in litigating the FLSA claims to the date of this offer; and,

    WHEREAS, Defendants' offer of judgment was made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff has suffered any damages; and,

    WHEREAS, Plaintiff was given fourteen (14) days from the date on which Defendants' offer was served in which to accept in writing; and,

    WHEREAS, Plaintiff timely accepted such offer of judgment; and,

    WHEREAS, Plaintiff filed his acceptance of Defendants' offer with the Clerk of the Court via the Court's ECF System;

    NOW IT IS HEREBY ORDERED, ADJUDGED, AND DECREED: that Plaintiff shall have judgment against Defendants BISON DEVELOPMENT GROUP LLC, JEFFREY BERGER,

and JAMES PARELLA, jointly and severally, in the amount of $50,000.00, inclusive of all damages, interest, costs and reasonable attorneys' fees and costs.

The Clerk of Court is respectfully directed to close this case.

Dated: New York, New York
January 31, 2022

SO ORDERED:

By: _____
Hon. Ronnie Abrams
U.S.D.J.

2